Joseph M. Marchini        #082427
jmarchini@bakermanock.com
J. Jackson Waste          #289081
jwaste@bakermanock.com
Baker Manock & Jensen, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for DEFENDANT, ALLIED CASH ADVANCE CALIFORNIA LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DALEA MILLIGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIED CASH ADVANCE CALIFORNIA LLC, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00417-MCE-AC<br><br>**ORDER APPROVING STIPULATION FOR ARBITRATION** |

　　　　Pursuant to the Parties' Stipulation, and good cause appearing, the Court hereby orders that the above-captioned action shall be submitted to binding arbitration before the AAA. The Court further orders the above-captioned action stayed pending the outcome of said arbitration. The parties shall file written joint status reports with the court on the status of AAA arbitration commencing ninety (90) days after this order is electronically filed.

　　　　**IT IS SO ORDERED.**

Dated:  March 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE